**INSLER & HERMANN, LLP**
Attorneys at Law
80 Grasslands Road, Suite 102
Elmsford, New York 10523
Phone (914) 286-3030
Fax   (914) 592-2726

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

Dutchess County Office
1207 Route 9
Wappingers Falls, NY 12590
(845) 298-0065

Lewis B. Insler
Gabriel J. Hermann*
* Admitted in NY & NJ

Bergen County Office
1 University Plaza
Hackensack, NJ 07601
(201) 862-9700

RECEIVED
FEB 20 2008
JUDGE CHIN'S CHAMBERS

February 13, 2008

Hon. Denny Chin
USDJ, SDNY
500 Pearl St.
Room 1020
New York, NY 10020

**Re: Jennifer McMorrow v Astrue   07 Civ. 8436(DC)**

Honorable Sir,

I am in receipt of the Defendant's Answer and the Administrative Transcript in the above matter, a claim for Waiver of an overpayment of Social Security Disability benefits. I have discussed this with the Assistant United States Attorney and, subject to the Court's approval, we have agreed upon the following briefing schedule:

| | |
|---|---|
| Plaintiff's Motion for Judgment on the Pleadings and Memo of Law | March 14, 2008 |
| Defendant's Cross motion and Memo due | April 11, 2008 |
| Plaintiff's Reply Memo (optional) due | April 25, 2008 |

All motions would be on submission, with no oral arguments unless directed otherwise by the Court.

Please advise the parties if this is acceptable.

Respectfully submitted,

Lewis B. Insler

CC: AUSA Leslie Ramirez-Fisher

Approved.
SO ORDERED.
USDJ
2/21/08

www.nymetrodisability.com