**MEMO ENDORSED**     **ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-0378
Fax: (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
JENNIFER MCMORROW,                :
                                  :
                    Plaintiff,    :
                                  :
          - v. -                  :     STIPULATION AND ORDER
                                  :         OF REMAND
MICHAEL J. ASTRUE,                :     07 Civ. 08436 (DC)
Commissioner of                   :
Social Security,                  :
                                  :
                    Defendant.    :
- - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings.  The Clerk is directed to enter judgment.  See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       April 29, 2008

                  INSLER & HERMANN, LLP
                  ATTORNEYS FOR PLAINTIFF

By: *Lewis B. Insler* (signature)
    LEWIS B. INSLER, ESQ.
    80 Grasslands Road, Suite 102
    Elmsford, New York 10523
    Telephone No. (914) 286-3030

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *Leslie A. Ramirez Fisher* (signature)
    LESLIE A. RAMIREZ FISHER
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone No.: (212) 637-0378
    Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____
United States District Judge

5/6/08